# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00910-CV

**S. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 303,297-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on December 20, 2019. By request to this Court dated December 23, 2019, Betsy Clifton requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Betsy Clifton is hereby ordered to

file the reporter's record in this case on or before January 21, 2020.  If the record is not filed by that date, Clifton may be required to show cause why she should not be held in contempt of court.

It is ordered on January 9, 2020.


Before Chief Justice Rose, Justices Baker and Triana